OCTOBER 13, 1989

No. 89–343.   CITY OF DETROIT ET AL. *v.* STEWARD ET UX. Ct. App. Mich.   Certiorari dismissed under this Court's Rule 53.

OCTOBER 16, 1989

No. 89–301.   MONROE ET AL. *v.* CITY OF WOODVILLE, MISSISSIPPI, ET AL.   Appeal from D. C. S. D. Miss.   Judgment vacated and case remanded with instructions to dismiss the appeal as moot.   *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

No. A–246.   CONSUMER VALUE STORES *v.* BOARD OF PHARMACY OF NEW JERSEY.   Sup. Ct. N. J.   Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–793.   IN RE DISBARMENT OF CARTWRIGHT.   Disbarment entered.   [For earlier order herein, see 491 U. S. 903.]

No. D–796.   IN RE DISBARMENT OF CANNON.   Disbarment entered.   [For earlier order herein, see 492 U. S. 931.]

No. D–804.   IN RE DISBARMENT OF MCMANUS.   George W. McManus, Jr., of Baltimore, Md., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on August 11, 1989 [492 U. S. 932], is hereby discharged.

No. D–812.   IN RE DISBARMENT OF MAHSHIE.   It is ordered that George Towfick Mahshie, of DeWitt, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–813.   IN RE DISBARMENT OF KRAMER.   It is ordered that Arthur Berlin Kramer, of Charlotte, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.